**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6230**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NEDELTCHO VLADIMIROV,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Irene C. Berger, District Judge.  (2:20-cr-00054-1)

_____

Submitted:  June 17, 2025                                        Decided:  June 23, 2025

_____

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nedeltcho Vladimirov, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nedeltcho Vladimirov appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Vladimirov's motion. *See United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (explaining that a district court abuses its discretion when it acts arbitrarily, irrationally, does not follow statutory or judicially recognized requirements, or commits an error of law or fact). Accordingly, we affirm the district court's order. *United States v. Vladimirov*, No. 2:20-cr-00054-1 (S.D.W. Va. Mar. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2